# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2008

137491-2

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re ISAC SOUTHARD, Minor.
_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

BONNIE J. SOUTHARD,
        Respondent-Appellant,

and

RONALD DALE SOUTHARD, JR.,
        Respondent.

SC: 137491
COA: 283602
Kent CC Family Division:
06-052115-NA

_____

In re AARON HUGH SOUTHARD, Minor.
_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

BONNIE J. SOUTHARD,
        Respondent-Appellant,

and

RONALD DALE SOUTHARD, JR.,
        Respondent.

SC: 137492
COA: 283603
Kent CC Family Division:
06-054798-NA

_____/

On order of the Court, the application for leave to appeal the September 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2008

_____
Clerk

s1125